UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 16-20466
Hon. Matthew F. Leitman

v.

JARED PATRICK LOCKWOOD,

    Defendant.

_____/

**<u>ORDER (1) DENYING REQUESTS FOR CERTIFICATE OF APPEALABILITY (ECF ## 26, 28) AND (2) GRANTING DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (ECF #30)</u>**

On June 23, 2016, Defendant Jared Lockwood ("Lockwood") was charged in an indictment with (1) manufacture of an unregistered destructive device, (2) possession of an unregistered destructive device, (3) a false statement or representation made to a department or agency of the United States, and (4) a false declaration before court. (*See* ECF #1.) On August 23, 2016, pursuant to a Rule 11 plea agreement, Lockwood pleaded guilty to two counts in the indictment, Count One: Manufacture of Unregistered Destructive Devices and Count Four: False Declaration Before the Court. (*See* Rule 11 Plea Agreement, ECF #12.) The Court imposed a sentence of imprisonment of 120 months on Count One and 60 months on Count Four. (*See* ECF #16 at Pg. ID 193.) On January 18, 2018, Lockwood filed a motion to vacate or set aside the sentence pursuant to 28 U.S.C. § 2255. (*See* ECF #21.)

On January 25, 2018, the Court entered an Order in which it, among other things, denied Lockwood's motion to vacate or set aside his sentence and denied a certificate of appealability. (*See* ECF #24.) Lockwood has now filed two requests for a certificate of appealability on the issues presented in his motion to vacate or set aside his sentence. (*See* ECF ## 26, 28.) The Court already denied a certificate of appealability on these issues and explained the basis for its denial in its Order dated January 25, 2018. The Court therefore denies Lockwood's requests for a certificate of appealability for the same reasons it denied a certificate of appealability in its January 25, 2018, Order.

Lockwood has also filed a notice of appeal of the January 25, 2018, Order (*see* ECF #27) and an application to proceed without prepaying fees or costs on appeal. (*See* ECF #30.) The Court has reviewed the application and concludes that Lockwood is entitled to proceed without prepaying fees or costs on appeal.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Lockwood's requests for a certificate of appealability (ECF ## 26, 28.) are **DENIED**; and

2. Lockwood's application to proceed without prepaying fees or costs on appeal (ECF #30) is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2018, by electronic means and/or ordinary mail.

                                                                                 s/Holly A. Monda
                                                                                 Case Manager
                                                                                 (810) 341-9764

Dated: May 1, 2018