UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 16-20466
    Hon. Matthew F. Leitman

JARED PATRICK LOCKWOOD,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 39) WITHOUT PREJUDICE

On September 2, 2020, Defendant Jared Lockwood filed a motion for compassionate release. (*See* Mot., ECF No. 39.) The Court held a hearing on the motion on January 13, 2021. (*See* Notice of Hearing, ECF No. 46.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  January 13, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2021, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764